

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of Z.L.C., a child,

No. 11-18-00345-CV

\* From the 106th District Court
   of Gaines County
   Trial Court No. 17-11-17716.

\* May 31, 2019

\* Memorandum Opinion by Stretcher, J.
   (Panel consists of: Bailey, C.J.,
   Stretcher, J., and Wright, S.C.J., sitting
   by assignment)
   (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.